IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01015–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF SHERIDAN,
DET. KRISTINE BRYANT, Individual & Official, and
OFF. MIKE MONTOYA, Individual & Official,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion for Leave to Take Deposition of Plaintiff in Prison" (Doc. No. 69, filed Nov. 27, 2012) is GRANTED. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the court hereby grants Defendants leave to take the deposition of Plaintiff in the Arapahoe County Detention Facility where he is confined, subject to the provisions of D.C.COLO.LCivR 30.1 on deposition scheduling and the rules and regulations of the detention facility.

Dated: November 28, 2012