**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 12-cv-01015-WYD-KMT | FTR - Courtroom C-201 |
| **Date:** February 6, 2013 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| WYATT T. HANDY, JR., | No appearance |
| Plaintiff, | |
| v. | |
| CITY OF SHERIDAN, | Sophia Hua Tsai |
| DET. KRISTINE BRYANT, Individual & Official, and | Kelly L. Kafer |
| OFF. MIKE MONTOYA, Individual & Official, | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:52 p.m.**
Court calls case.  Appearances of counsel.

The court notes no appearance from Mr. Wyatt Handy and that no contact has been made between Mr. Handy and the Clerk's Office, Court Security Officers, or chambers.

Motion Hearing called regarding Plaintiff's Motion for Court to Order United States Marshal to Serve Subpoena [Doc. No. 47, filed October 22, 2012], Motion for Court to Order United States Marshal to Serve Subpoena [Doc. No. 61, filed November 7, 2012], Motion to Compel Discovery Responses From City of Sheridan Pursuant to F.R.C.P. 37 [Doc. No. 77, filed December 10, 2012], and Motion for Court to Order United States Marshal to Serve Subpoena [Doc. No. 79, filed December 10, 2012].

It is **ORDERED**:   Due to the lack of appearance from Mr. Handy, Plaintiff's Motion for Court to Order United States Marshal to Serve Subpoena [47], Motion to Compel Discovery Responses [77], and Motion for Court to Order United States Marshal to Serve Subpoena [79] are **DENIED WITHOUT PREJUDICE**. Motion for Court to Order United States Marshal to Serve Subpoena [61] is **DENIED WITH PREJUDICE**, as the motion appears to be repetition of another motion.

It is **ORDERED**:   Order to Show Cause Hearing set for February 27, 2013 at 9:30 a.m.

**Court in Recess: 1:56 p.m.**
Hearing concluded.
Total In-Court Time    00:04

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.