IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01015–WYD–KMT

WYATT T. HANDY, JR.,

     Plaintiff,

v.

CITY OF SHERIDAN,
DET. KRISTINE BRYANT, Individual & Official, and
OFF. MIKE MONTOYA, Individual & Official,

     Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Direct the Clerk of the Court to Issue Plaintiff a Copy of Recommendation of United States Magistrate Judge (Doc. #93) District Court Order (Doc. # 102) and Register of Actions in this Case" (Doc. No. 143, filed Sept. 24, 2013) is GRANTED. The Clerk of Court is directed to send Plaintiff a copy of the "Recommendation of United States Magistrate Judge" (Doc. No. 93), the Order Affirming in Part and Rejecting in Part the Recommendation (Doc. No. 102), and a copy of the CM/ECF docket for this case.

Dated: September 24, 2013