IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01015–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF SHERIDAN,
DET. KRISTINE BRYANT, Individual & Official, and
OFF. MIKE MONTOYA, Individual & Official,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Order Clerk to Send Plaintiff a Copy of the Register of Actions" (Doc. No. 160, filed Oct. 24, 2013) is GRANTED. The Clerk of Court is directed to send Plaintiff a printout of the docket for this case, as featured on the court's electronic filing system (CM/ECF).

Dated: November 1, 2013