UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01015-WYD-KMT

WYATT T. HANDY, JR.,

     Plaintiff,

v.

CITY OF SHERIDAN;
DET. KRISTINE BRYANT; in her individual and official capacity, and,
OFF. MIKE MONTOYA, in his individual and official capacity,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court on plaintiff, Wyatt T. Handy, Jr.'s Motions For Court To Allow Plaintiff To Respond To Defendant's Motion For Summary Judgment And To Strike Plaintiff's Previous Attorney's Response To Defendant's Motion As Moot [ECF Nos. 131 & 132].  After careful consideration, it is

     ORDERED that Handy's motions [ECF Nos. 131 & 132] are **DENIED**.

     Dated:  January 14, 2014.