UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01015-WYD-KMT

WYATT T. HANDY, JR.,

   Plaintiff,

v.

CITY OF SHERIDAN;
DET. KRISTINE BRYANT; in her individual and official capacity, and,
OFF. MIKE MONTOYA, in his individual and official capacity,

   Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

   THIS MATTER is before the Court on *pro se* plaintiff, Wyatt T. Handy, Jr.'s Motion For Court To Strike Defendants' Motions For Summary Judgment For Violating The Court's Practice Standards [ECF No. 170].

   Handy argues that the defendants violated my PRACTICE STANDARDS by collectively filing more than one motion for summary judgment and requests that I strike the motions [ECF Nos. 109 – 111] from the record.  Pursuant to Rule III(B)(1) of my PRACTICE STANDARDS, "[t]hese procedures contemplate the filing of a single motion for summary judgment by a party.  A party may **NOT** file multiple motions for summary judgment without obtaining permission from the Court.  Such permission will only be given in exceptional circumstances."  Here, each defendant filed a single motion for summary judgment. *See* ECF Nos. 109 – 111.  Thus, the defendants complied with my PRACTICE STANDARDS with regard to filing a motion for summary judgment and the fact that three motions for summary judgment are pending is of no consequence.  Therefore, it is

   ORDERED that Handy's motion [ECF No. 170] is **DENIED**.

   Dated:  January 17, 2014.