IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01015-WYD-KMT

WYATT T. HANDY, JR.,

     Plaintiff,

v.

CITY OF SHERIDAN;
DET. KRISTINE BRYANT; in her individual and official capacity, and,
OFF. MIKE MONTOYA; in his individual and official capacity,

     Defendants.

---

FINAL JUDGMENT

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on

February 19, 2014, by the Honorable Wiley Y. Daniel, Senior United States District

Judge, and incorporated herein by reference as if fully set forth, it is

     ORDERED that judgment is hereby entered in favor of Defendants, City of

Sheridan; Det. Kristine Bryant; in her individual and official capacity; and Off. Mike

Montoya, in his individual and official capacity, and against Plaintiff, Wyatt T. Handy, Jr.,

in Defendants' motions for summary judgment.  It is further

     ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is

further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs

with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant

to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 24th day of February, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


/s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk