IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01015–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF SHERIDAN,
DET. KRISTINE BRYANT, Individual & Official, and
OFF. MIKE MONTOYA, Individual & Official,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Direct Clerk to Send Plaintiff a Copy of the Register of Actions" (Doc. No. 191) is DENIED. The court previously sent Plaintiff a print out of the docket because he had been recently incarcerated and thus presumably no longer had any history of the documents filed in this case. (*See* Minute Orders, Doc. No. 165.) There has been no similar recent change of status with respect to Plaintiff's incarceration. Furthermore, this case is now closed and only Plaintiff's Motion for Relief from Judgment remains pending. (Doc. No. 185) Plaintiff has been and will be served with a copy of any documents filed with or by the court.

Dated: July 10, 2014