UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01015-WYD-KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF SHERIDAN;
DET. KRISTINE BRYANT; in her individual and official capacity, and,
OFF. MIKE MONTOYA, in his individual and official capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on *pro se* plaintiff, Wyatt T. Handy, Jr.'s Motion For Order [ECF No. 197].

    Handy states that he was recently transferred from Kit Carson Correctional Center in Burlington, Colorado to Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado.  Handy states that he is "concerned" that recent Orders issued by this Court may be sent or have been sent to Kit Carson Correctional Center where he no longer resides.  As such, Handy requests that I issue an Order directing the Clerk of Court to "reissue any and all copies and documents related to any orders to his Motion 191 for extension of time." ECF No. 197, p. 2.  I note that on July 10, 2014, Magistrate Judge Tafoya issued a Minute Order [ECF No. 193] denying Handy's Motion For Court To Direct Clerk To Send Plaintiff A Copy Of The Register Of Actions [ECF No. 191].

    After careful consideration, it is

    ORDERED that Handy's motion [ECF No. 197] is **GRANTED** and the Clerk's Office **SHALL MAIL** to Handy, at his current address at Cheyenne Mountain Re-Entry Center as stated in his Notice Of Change Of Address [ECF No. 196], a copy of Magistrate Judge Tafoya's July 10, 2014 Minute Order [ECF No. 193] denying Handy's Motion For Court To Direct Clerk To Send Plaintiff A Copy Of The Register Of Actions [ECF No. 191].  It is

    FURTHER ORDERED that the Clerk's Office **SHALL MAIL** to Handy, at his current address at Cheyenne Mountain Re-Entry Center as stated in his Notice Of

Change Of Address [ECF No. 196], a copy of the July 14, 2014 Minute Order [ECF No. 195] I issued which granted his Motion For Extension Of Time And Order Directing The Clerk To Send Plaintiff A Copy Of Defendants' Response To The Plaintiff's Motion For Reconsideration [ECF No. 194].

      Dated:  January 17, 2014.