IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01015–WYD–KMT


WYATT T. HANDY, JR.,

      Plaintiff,

v.

CITY OF SHERIDAN,
DET. KRISTINE BRYANT, Individual & Official, and
OFF. MIKE MONTOYA, Individual & Official,

      Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Direct the Clerk of the Court to Prepare Pro Se Record for Appeal" (Doc. No. 212, filed Mar. 4, 2015) is GRANTED in part.   Under 10th Cir. R 10.2(c), in a *pro se* appeal, the record for appeal is transmitted automatically by the Clerk of Court.   Accordingly, the record on appeal will be transmitted by the Clerk of Court to the Tenth Circuit Court of Appeals.

Dated: Mar. 9, 2015